**Sabatini Law Firm, LLC**
216 N. Blakely St.
Dunmore, PA 18512

Barry Kuhle
1717 Olive Street
Scranton, PA 18510

## Rate Summary

| Professional | Gross | | | Discount | | Net |
|---|---|---|---|---|---|---|
| Carlo Sabatini | 1.4 hours at $415.00/hour. | | $581.00 | 0.00 | 0.00 | 581.00 |
| Ashley Werner | 3.8 hours at $150.00/hour. | | $570.00 | 0.30 | -45.00 | 525.00 |
| | | | | 0.30 | -45.00 | 1,106.00 |

## Itemized Listing of Services

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 04/27/2024 | Prepare fee application. | ASW | 150.00 | 0.60 | 90.00 | 0.00 |
| 04/29/2024 | Call to client regarding fee application. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 04/30/2024 | File and serve fee application. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 07/11/2025 | Review Motion to Dismiss filed. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 07/11/2025 | Meeting with client | CS | 415.00 | 0.30 | 124.50 | 0.00 |
| 07/14/2025 | Email to Aggie regarding withdrawing motion to dismiss. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 07/14/2025 | Read transcription notes from Carlo's meeting with cl concerning motion to dismiss and actions client will take. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 07/14/2025 | Receive and review documentation from client regarding missing deductions from his pay causing delinquency. Email to trustee's office. | CS | 415.00 | 0.40 | 166.00 | 0.00 |
| 07/16/2025 | Review withdrawal of Motion to Dismiss. Inform the client that the trustee has withdrawn the motion and that nothing else will be needed from the client. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 03/23/2026 | 8 months left in the plan. Review file and verify there are no issues that need to be addressed now while we still have time to amend the plan. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 03/26/2026 | Finish analysis started on 3-23-26. Send the same to CS. | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 03/26/2026 | Review analysis and determine that a final fee application should be filed. Review and edit the bill. Call to cl to explain fee application and obtain approval for the same. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 04/10/2026 | Prepare bill. Work on fee application. | ASW | 150.00 | 1.40 | 210.00 | 0.00 |
| 04/14/2026 | Estimated paralegal time to close case. Review email from client approving fee application. File fee application online. [.1] Review order regarding fee application [.1] Review Trustee's website to confirm distribution is properly scheduled. [.1] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. [.1] Receive and review executed Certification in Support of Discharge. File same electronically. [.1] Review discharge. Set task for final decree and closing letter [.1] Receive and review Clerk's Notice to Debtor indicating that unless an objection pursuant to F.R.B.P. 5009 is filed, case will be closed in 30 days. [.1] Review Final Decree. [.1] | ASW | 150.00 | 0.80 | 120 | -45.00 |
| | | | Sub-total Fees: | | 1,151.00 | -45.00 |
| | | | Net Fees After Discount: | | 1,106.00 | |

## Expenses

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 04/30/2024 | Postage and cost of mailing notice of fee application. | 27.40 | 1 | 27.40 | 0 |
| | | | | ====== | |
| | | | Total: | 27.40 | |

## Total

| | |
|---|---|
| Net Fees After Discount: | 1,106.00 |
| Net Expenses After Discount: | 27.40 |
| | ====== |
| | 1,133.40 |

Total post-discounted value of entries containing "email": 324.00
As a percentage of the total fees: 0.293

Case 5:21-bk-02502-MJC   Doc 40-2   Filed 04/14/26   Entered 04/14/26 19:36:17   Desc
Exhibit B - Bill   Page 1 of 1