IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BARRY KUHLE,

           Debtor

CHAPTER 13

CASE NO. 5-21-bk-02502-MJC

Application of Attorney for Chapter 13
Debtor for Compensation and
Reimbursement of Expenses.

**<u>ORDER APPROVING FINAL COMPENSATION TO COUNSEL FOR DEBTOR</u>**

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses,* Doc. 40, it is hereby **ORDERED** that the following final amounts are awarded: compensation in the amount of $800.00 and reimbursement of expenses in the amount of $27.40 for a total sum of $827.40. This compensation is in addition to all amounts previously paid by the debtor. approved by this court, or that were included in the confirmed plan. This amount may be paid by the Chapter 13 Trustee, but only to the extent that funds are available to pay it.